HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KIMM HEYDEL-ANDERSON and SCOTT ANDERSON, wife and husband, individually and as a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No.: C06-5450RJB<br><br>ORDER GRANTING JOINT MOTION REQUESTING EXTENSION OF TIME TO COMPLETE DISCOVERY AND FILE DISPOSITIVE MOTIONS<br><br>Noted for Consideration: Friday, August 10, 2007 |

This matter having come before the Court without oral argument upon the parties' Joint Motion Requesting Extension of Time to Complete Discovery and File Dispositive Motions, and the Court having reviewed the motion, it is hereby

**ORDERED** that the Joint Motion Requesting Extension of Time to Complete Discovery and File Dispositive Motions is **GRANTED**; Plaintiffs have through August 10 to take the depositions of Jennifer Tate and Taylor Stott, and the parties

have until August 17 to file dispositive motions. Except as ordered, the pre-trial schedule remains the same.

DATED this 23rd day of July, 2007.

By _____
HONORABLE ROBERT J. BRYAN
United States District Judge

Presented By:

BULLIVANT HOUSER BAILEY PC


By   /s/ Jerret E. Sale
     Jerret E. Sale, WSBA #14101
     Attorneys for Defendant USAA CIC


By   /s/ Anthony C. Otto (by permission)
     Anthony C. Otto, WSBA #11146
     Attorneys for Plaintiffs Kimm Heydel-Anderson
     and Scott Anderson